IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-03070-01-CR-S-RED |
| ) | |
| MARK DEWAYNE DUNLAP, ) | |
| ) | |
| Defendant. ) | |

## ORDER

NOW before the Court is the Report and Recommendation (Doc. 34) of the Honorable Judge James C. England, recommending that the Pro Se Motion to Quash and Motion to Dismiss (Doc. 22 and 23) filed by Defendant be dismissed. Judge England made this recommendation as the Defendant is represented by counsel in this matter, Ms. Michelle Nahon, when he filed the motions at issue. Judge England found that the Defendant was given notice through the scheduling and pretrial order that "pro se pleadings will not be accepted for defendants who are represented by counsel." Moreover, the law in the Eighth Circuit is clear that the District Court "has no obligation to entertain pro se motions filed by a represented party." *United States v. Hale*, 978 F.2d 1016, 1018 n.2 (8th Cor. 1982); *see also United States v. Blum*, 65 F.3d 1436, 1443 n.2 (8th Cir. 1995); *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001).

Upon a *de novo* review of the Motions, *see* 28 U.S.C. § 636(b), it is hereby ordered that the Report and Recommendation of the Honorable James C. England (Doc. 34) is **ADOPTED** in full. The Court notes that Defendant's counsel has been provided with notice of these pro se motions for further review.

**IT IS SO ORDERED.**

DATE: May 27, 2005         /s/ Richard E. Dorr
                           RICHARD E. DORR, JUDGE
                           UNITED STATES DISTRICT COURT